UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BILLY WAYNE NICHOLS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

Criminal Case Number 11-00228
Civil Case Number 16-01502
Honorable David M. Lawson

## **JUDGMENT**

In accordance with the order denying the motion to vacate sentence entered on this date,

It is **ORDERED AND ADJUDGED** that the motion to vacate sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED WITH PREJUDICE**.

    s/David M. Lawson
    DAVID M. LAWSON
    United States District Judge
    Sitting by special designation

Dated: January 18, 2018